[7 NE3d 1124, 984 NYS2d 636]

433 Sutton Corp., Appellant, v Robert Broder, Respondent.

Decided April 1, 2014

### APPEARANCES OF COUNSEL

*Cantor, Epstein & Mazzola, LLP,* New York City (*Robert I. Cantor* and *Brett L. Carrick* of counsel), for appellant.

*Rappaport Hertz Cherson & Rosenthal, P.C.,* Forest Hills (*Jeffrey M. Steinitz* of counsel), for respondent.

### OPINION OF THE COURT

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order reversed, with costs, order of Supreme Court, New York County, reinstated, and certified question answered in the negative. The Appellate Division erred in determining that defendant was the prevailing party. Accordingly, defendant is not entitled to attorneys' fees.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.